**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Civil 01-177 ADM/SRN**

**Indiana Insurance Company,**

**Plaintiff,**

**v.**

**ORDER OF RECUSAL**

**Grand Foods, Inc.**

**Defendant.**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: April 11, 2001.

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED APR 11 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Indiana Ins. Co.

Vs. 01-177ADM/JGL

Grand Foods, Inc.

Pursuant to an Order of Recusal submitted by Magistrate Judge Nelson, the above-entitled action has been referred to Magistrate Judge Jonathan G. Lebedoff. Please note the change in the Magistrate Judge above and use the file number and new Magistrate Judge when submitting documents for filing with the court in the future.