UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-177 (ADM/JGL)

INDIANA INSURANCE COMPANY,

Plaintiff,

v.

**PRETRIAL ORDER**

GRAND FOODS, INC.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three to five days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to September 1, 2001;

3. Plaintiff shall disclose all expert witnesses reports on coverage issues by February 1, 2001; Defendant shall disclose all expert witnesses reports on damage issues by February 1, 2001; Plaintiff shall disclose all expert witnesses reports on damage issues by March 1, 2002; Defendant shall disclose all expert witnesses on coverage issues by March 1, 2002;

4. The period during which the parties may seek discovery shall be completed by April 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to April 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to July 1, 2002; and

MAY 15 2001
Filed__________
Francis E. Dosal, Clerk
Judgment Entd.__________
Deputy Clerk__________

7. This case will be considered "ready for trial" as of July 1, 2002.

DATED: May 16, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge