UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Civil File No. 01-CV-177 ADM/~~SRN~~ JGL

Indiana Insurance Company,
an Indiana corporation,

Plaintiff,

v.

Grand Foods, Inc., a Minnesota corporation,

Defendant.

**STIPULATION TO AMEND PRETRIAL/SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the dates in the Scheduling Order dated May 16, 2001, may be extended for 60 days.

Dated: 1-15-02

STICH, ANGELL & KREIDLER, P.A.

Robert T. Stich, Esq. (#105570)
Attorney for Indiana Insurance Co.
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, MN 55401-2122
(612) 333-6251

Dated: 1-15-02

LEONARD, STREET AND DEINARD

Robert P. Thavis, Esq. (#122488)
Attorney for Grand Foods, Inc.
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402-4238
(612) 335-1500

FILED ______ 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Upon the attached Stipulation, it is hereby ordered that the dates in the Pretrial Order dated May 16, 2001, be extended for 60 days.

Dated: Jan. 16, 2002.

JONATHAN LEBEDOFF
United States Magistrate Judge