UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Indiana Insurance Company, an Indiana corporation,

Plaintiff,

v.

Grand Foods, Inc., a Minnesota corporation,

Defendant.

Civil File No. 01-CV-177 ADM/~~SRN~~ JGL

ORDER

Upon the attached Stipulation, it is hereby ordered that the following Schedule shall control Pretrial proceedings in this case:

1. Plaintiff shall disclose all expert witnesses, reports on coverage issues, by June 1, 2002.

2. Defendant shall disclose all expert witnesses' reports on damages by June 1, 2002.

3. Plaintiff shall disclose all expert witnesses; reports on damages issues by July 1, 2002.

4. Defendant shall disclose all expert witnesses on coverage issues by July 1, 2002.

5. The period during which the parties may seek discovery shall be completed by August 1, 2002.

6. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to August 1, 2002.

Dated: March 26, 2002.

Jonathan Lebedoff
United States Magistrate Judge



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Indiana Insurance Company,
an Indiana corporation,

Plaintiff,

v.

Grand Foods, Inc., a Minnesota corporation,

Defendant.

Civil File No. 01-CV-177 ADM/SRN

STIPULATION TO AMEND PRETRIAL/SCHEDULING ORDER AND ORDER

---

It is hereby stipulated and agreed by and between the parties hereto that the prior Scheduling Orders in this matter be changed as follows:

1. Plaintiff shall disclose all expert witnesses, reports on coverage issues, by June 1, 2002.

2. Defendant shall disclose all expert witnesses' reports on damages by June 1, 2002.

3. Plaintiff shall disclose all expert witnesses; reports on damages issues by July 1, 2002.

4. Defendant shall disclose all expert witnesses on coverage issues by July 1, 2002.

5. The period during which the parties may seek discovery shall be completed by August 1, 2002.

6. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to August 1, 2002.

7. All dispositive motions must be noticed, served and filed in accordance with the local Rules prior to September 1, 2002.

Dated: March 25, 2002.

STICH, ANGELL & KREIDLER, P.A.

_______________________________

Robert T. Stich (# 105570)
Attorney for Plaintiff Indiana Insurance Company
250 Second Avenue S., #120-Crossings
Minneapolis, Minnesota 55401
(612) 333-6251

Dated: March 25, 2002.

LEONARD, STREET AND DEINARD

_______________________________

Robert P. Thavis (# 122448)
Attorney for Defendant Grand Foods, Inc.
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402-4238
(612)335-1500