UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Indiana Insurance Company, an Indiana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Grand Foods, Inc., a Minnesota corporation,<br><br>Defendant. | Case No. 01-CV-177 ADM/~~SRN~~ JGL<br><br>STIPULATION TO AMEND PRETRIAL/SCHEDULING ORDER AND ORDER |

It is hearby Stipulated and Agreed by and between the parties hereto that the prior Scheduling Orders in this matter be changed as follows:

1. Plaintiff shall disclose all expert witness reports on damage issues by August 2, 2002.

2. The period during which Defendant can depose Dr. Joellen Feirtag shall be extended to August 2, 2002.

3. Defendant may take discovery relating to damage issues until August 26, 2002.

4. Dispositive motions on damage issues must be filed by October 15, 2002.

5. This case shall be considered "ready for trial" on December 1, 2002.

FILED AUG 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2242621v1

Dated: 7/30/02

STICH, ANGELL & KREIDLER, P.A.

Robert T. Stich (#105570)
Louise A. Behrendt (#201169)

Dated: July 30, 2002

LEONARD, STREET AND DEINARD, P.A.

Robert P. Thavis (#122448)
Steven P. Zabel (#235866)

**ORDER:**

**It is hearby Ordered** that the prior Scheduling Orders in this case shall be amended to conform with the above Stipulation of the parties:

Dated: Aug. 1, 2002

The Honorable Jonathon Lebedoff
United States Magistrate Judge